PERIMET, INC., ET AL. *v.* PRISCILLA TURNBULL ET AL.

CHARLES TURNBULL ET AL. *v.* CHARLES NESSLER ET AL.

FENWICK ENGINEERING, INC. *v.* CHARLES
NESSLER ET AL.
(5033)

BORDEN, SPALLONE and FOTI, Js.

Argued April 5—decision released April 21, 1988

*Charles Nessler,* with whom was *Charles E. Sohl,* for the appellants (plaintiffs in the first case, defendants in the second and third cases).

*Andrew Brand,* with whom, on the brief, was *Lloyd L. Langhammer,* for the appellees (named defendant et al. in the first case, named plaintiff et al. in the second and third cases).

*Leeland J. Cole-Chu,* with whom, on the brief, was *Joseph A. Cipparone,* for the appellees (defendants in the first case Russell Brown et al.).

PER CURIAM. There is no error.